UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNA PECOT, THOMAS ARATA, RICH OWYANG, STEPHEN TILTON, and JOSEPH LEAKE, Individually and Derivatively on Behalf of SAN FRANCISCO DEPUTY SHERIFF'S ASSOCIATION, a California Nonprofit Corporation,<br><br>Plaintiffs,<br>v.<br><br>SAN FRANCISCO DEPUTY SHERIFF'S ASSOCIATION, a California Nonprofit Corporation, DAVID WONG, an individual, MICHAEL ZEHNER, an individual, BRIAN SAVAGA, an individual, SHEDRICK McDANIELS, an individual, and DOES 1-100,<br><br>Defendants. | Case No. CV-08-5125-CRB<br><br>[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT<br><br>Hon. Charles. R. Breyer |

Under Federal Rule of Civil Procedure 12(a)(1)(A)(i). Defendants' Answers or Responses to the Complaint are currently due on December 2, 4, and 8, 2008. Pursuant to Stipulation by the parties, Defendants' time to respond to Plaintiffs' Complaint shall be extended to and include December 15, 2008.

IT IS SO ORDERED.

Signed:  12/02/08    _____
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT
Case No. CV-08-5125-CRB