1  LAW OFFICES OF PAUL L. KRANZ
   LOUIS GARCIA, ESQ., SBN 143073
2  PAUL L. KRANZ, ESQ., SBN 114999
   crshark63@yahoo.com
3  kranzlaw@sbcglobal.net
   2560 Ninth Street, Suite 213
4  Berkeley, California 94710

5  Telephone:   (510) 549-5900
   Facsimile:   (510) 549-5901
6
7  Attorneys for Plaintiffs Johna Pecot, *et al.*,

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHNA PECOT, *et al.* | ) | Case No. CV 08-05125 CRB |
   | Plaintiffs, | ) | [~~PROPOSED~~] **ORDER SETTING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT** |
   | vs. | ) | |
   | SAN FRANCISCO DEPUTY SHERIFF'S ASSOCIATION, a California Nonprofit Corporation, DAVID WONG, an individual, MICHAEL ZEHNER, an individual, BRIAN SAVAGE, an individual, and SHEDRICK McDANIELS, an individual, | ) | **Hon. Charles R. Breyer** |
   | Defendants | ) | |

[PROPOSED] ORDER SETTING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT
Case No. CV 08-05125

1  Pursuant to Stipulation by the parties, the time for Defendants San Francisco Deputy Sheriff's Association, David Wong, Michael Zehner, Brian Savage, and Shedrick McDaniels to respond to Plaintiffs' Second Amended Complaint shall extend to and include May 5, 2009.

IT IS SO ORDERED.

Signed: April 17, 2009



_____
United States District Court Judge Charles R. Breyer

- 2 -

[PROPOSED] ORDER SETTING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT
Case No. CV 08-05125