UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNA PECOT, THOMAS ARATA, RICH OWYANG, STEPHEN TILTON, and JOSEPH LEAKE, Individually and Derivatively on Behalf of SAN FRANCISCO DEPUTY SHERIFF'S ASSOCIATION, a California Nonprofit Corporation,<br><br>           Plaintiffs,<br>   v.<br><br>SAN FRANCISCO DEPUTY SHERIFF'S ASSOCIATION, a California Nonprofit Corporation, DAVID WONG, an individual, MICHAEL ZEHNER, an individual, BRIAN SAVAGA, an individual, SHEDRICK McDANIELS, an individual, and DOES 1-100,<br><br>           Defendants. | Case No. CV-08-5125-CRB<br><br>[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE MOTION FOR BOND FOR DERIVATIVE ACTION<br><br>Hon. Charles. R. Breyer |

BASED ON THE STIPULATION OF THE PARTIES, to enable the parties to meaningfully participate in the settlement conference regarding the allegations in the Second Amended Complaint, and to see if there is a basis to settle all claims without incurring additional litigation expenses, the parties stipulated that this Court enter its order that defendants shall have until August 1, 2009, to file their motion for bond on the derivative claims for each defendant. IT IS SO ORDERED.

_____
United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*