IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNA PECOT,

    Plaintiff,

  v.

SAN FRANCISCO DEPUTY SHERIFFS' ASSOCIATION,

    Defendant.
_____/

No. C 08-05125 CRB

**ORDER GRANTING MOTION TO STAY AND MOTION TO AMEND ANSWER**

    Defendant San Francisco Deputy Sheriffs' Association's Motion to Stay All Proceedings came before this Court on July 24, 2009 at 10:00 a.m. Upon careful review of the parties' papers and arguments, the court hereby orders that Defendant's Motion to Stay is GRANTED. All proceedings in this matter, including motions and discovery, will be held in abeyance until November 13, 2009, with one exception. For the reasons stated at the hearing, the Court also GRANTS Defendant's Motion for Leave to File an Amended Answer. Defendant shall file an amended answer within twenty (20) days of this Order.

    **IT IS SO ORDERED.**

Dated: July 30, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\5125\order re stay.wpd