LAW OFFICES OF PAUL L. KRANZ
LOUIS GARCIA, ESQ., SBN 143073
PAUL L. KRANZ, ESQ., SBN 114999
crshark63@yahoo.com
kranzlaw@sbcglobal.net
2560 Ninth Street, Suite 213
Berkeley, California 94710

Telephone:   (510) 549-5900
Facsimile:   (510) 549-5901

Attorneys for Plaintiffs Johna Pecot, *et al.*,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNA PECOT, *et al.*<br><br>             Plaintiffs,<br><br>    vs.<br><br>SAN FRANCISCO DEPUTY SHERIFF'S ASSOCIATION, a California Nonprofit Corporation, DAVID WONG, an individual, MICHAEL ZEHNER, an individual, BRIAN SAVAGE, an individual, and SHEDRICK McDANIELS, an individual,<br><br>             Defendants | Case No. CV 08-05125 CRB<br><br>[PROPOSED] ORDER CONTINUING DECEMBER 11, 2009 STATUS CONFERENCE<br><br>**Hon. Charles R. Breyer** |

Pursuant to Stipulation by the parties, the December 11, 2009 Status Conference in this matter is continued to December 14, 2009 at the hour of 10:00 a.m.

IT IS SO ORDERED.

Signed: 12/10/2009

_____
United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER CONTINUING DECEMBER 11, 2009 STATUS CONFERENCE
Case No. CV 08-05125