LAW OFFICES OF PAUL L. KRANZ
LOUIS GARCIA, SBN 143073   crshark63@yahoo.com
PAUL L. KRANZ, SBN 114999   kranzlaw@sbcglobal.net
2560 Ninth Street, Suite 213, Berkeley, CA 94710
Telephone: (510) 549-5900   Facsimile: (510) 549-5901
Attorneys for Plaintiffs JOHNA PECOT et al.

DAVID R. ONGARO, SBN 154698 dongaro@rao-ongaro.com
DAVID R. BURTT, SBN 201220 dburtt@rao-ongaro.com
RAO ONGARO BURTT & TILIAKOS LLP
595 Market Street, Suite 610, San Francisco, CA 94105
Telephone: (415) 433-3900   Facsimile: (415) 433-3950
Attorneys for Defendant SAN FRANCISCO DEPUTY SHERIFFS' ASSOCIATION

Lawrence D. Murray, SBN 77536 daydrmn@aol.com
MURRAY & ASSOCIATES
1781 Union Street, San Francisco, CA 94123
Tel: (415) 673-0555 Facsimile: (415) 928-4084
Attorney for Defendants DAVID WONG, MICHAEL ZEHNER,
BRIAN SAVAGE, and SHEDRICK McDANIELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNA PECOT, THOMAS ARATA, RICH OWYANG, STEPHEN TILTON, JOSEPH LEAKE, and OSCAR TAYLOR, Individually and Derivatively on Behalf of SAN FRANCISCO DEPUTY SHERIFFS' ASSOCIATION, a California Nonprofit Corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO DEPUTY SHERIFF'S ASSOCIATION, a California Nonprofit Corporation, DAVID WONG, an individual, MICHAEL ZEHNER, an individual, BRIAN SAVAGE, an individual, SHEDRICK McDANIELS, an individual, and DOES 1-100,<br><br>  Defendants. | Case No. CV-08-5125-CRB<br><br>REQUEST FOR DISMISSAL WITH and WITHOUT PREJUDICE AND ~~PROPOSED~~ ORDER<br><br>Hon. Charles. R. Breyer |

Case No. CV-08-5125-CRB            Page 1
**REQUEST FOR DISMISSAL; PROPOSED ORDER**

1  Plaintiffs request the Court dismiss their Second Amended Complaint with prejudice as to the individual defendants, specifically DAVID WONG, MICHAEL ZEHNER, BRIAN SAVAGE, and SHEDRICK McDANIELS.

Plaintiffs request that the Court dismiss their RICO claims against SFDSA with prejudice, specifically the First, Second, Third, and Fourth Claims for Relief, alleging violations of 18 U.S.C. §§ 1962(a), 1962(c), and 1962(d).

Plaintiffs request that the Court dismiss their claims under the California Corporations Code against SFDSA without prejudice, specifically the Fifth, Sixth, Seventh, and Eighth Claims for Relief, alleging violations of California Corporations Code §§ 5150, 5223, 5342, 6333, and 6334, and breach of the SFDSA Constitution and Bylaws.

Respectfully submitted,

LAW OFFICES OF PAUL L. KRANZ

DATED: 12/18/09

_____
PAUL L. KRANZ, ESQ.
Attorneys for Plaintiffs Johna Pecot, Rich Owyang, Stephen Tilton, Joseph Leake, And Oscar Taylor,

ONGARO BURTT LLP

DATED: December 11, 2009

_____
DAVID R. BURTT
Attorneys for Defendant SAN FRANCISCO DEPUTY SHERIFFS' ASSOCIATION

MURRAY & ASSOCIATES

DATED: December 11, 2009

_____
Lawrence D. Murray
Attorneys for Defendants
DAVID WONG, MICHAEL ZEHNER,
BRIAN SAVAGE, and SHEDRICK McDANIELS

Case No. CV-08-5125-CRB          Page 2
**REQUEST FOR DISMISSAL; PROPOSED ORDER**

## ORDER FOR DISMISSAL OF CASE WITH AND WITHOUT PREJUDICE

Based on the request by Plaintiffs, and for good cause, the claims asserted in the Second Amended Complaint are dismissed with prejudice as to the individual Defendants, the RICO claims are dismissed against SFDSA with prejudice, and the remaining claims against SFDSA are dismissed without prejudice.

DATED:   December 14, 2009



Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer